**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTI PERRY,

    Plaintiffs,

    v.

NORA CUNNINGHAM, PRIMA MEDICAL GROUPS, INC., and MARIN GENERAL HOSPITAL,

    Defendants.

    /

No. C 12-06474 SI

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS; VACATING HEARING**

    Now before the Court is defendant Marin General Hospital's motion to dismiss plaintiff's initial complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). However, on January 29, 2013, plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and vacates the hearing currently set for March 8, 2013.

    Plaintiff's amended complaint renders defendant's motion moot. Accordingly, the Court hereby DENIES as MOOT defendant's motion to dismiss WITHOUT PREJUDICE. (Docket No. 14).

    **IT IS SO ORDERED.**

Dated: February 28, 2013

                                                      SUSAN ILLSTON
                                                      United States District Judge