1  David B. Perry (SBN 255925)
   davidbperry@me.com
2  2521 Hunters Meadow Lane
   Raleigh, NC 27606
3  Telephone: (415) 717-7163

4  Attorney for Plaintiff
   KRISTI PERRY

**IT IS SO ORDERED**
*Susan Illston*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTI PERRY,<br><br>    Plaintiff,<br>v.<br><br>NONA CUNNINGHAM, M.D.,<br>PRIMA MEDICAL GROUP, INC.<br>MARIN GENERAL HOSPITAL, and<br>DOES 1-20,<br><br>    Defendants. | Case No. 3:12-cv-06474-SI<br><br>**STIPULATED DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

    Plaintiff Kristi Perry and Defendants Nona Cunninham, M.D.; Prima Medical Group, Inc.; and Marin General Hospital hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action in its entirety is hereby dismissed with prejudice; and that each party bears its own costs, expenses and attorneys' fees.

    IT IS SO STIPULATED.

DATED: August 12, 2013

Respectfully Submitted,

By: _____
David B. Perry (SBN 255925)
davidbperry@me.com
2521 Hunters Meadow Lane
Raleigh, NC 27606
Telephone: (415) 717-7163

Attorney for Plaintiff
KRISTI PERRY

DATED: August 2, 2013

GALLOWAY, LUCCHESE, EVERSON & PICCHI

By: _____
Martin J. Everson

Attorney for Defendants PRIMA MEDICAL GROUP, INC. aND NONA CUNNINGHAM, M.D.

DATED: August 2, 2013

SHEUERMAN, MARTINI, TABARI, ZENERE & GARVIN

By: _____
Michael J. Garvin

Attorney for Defendant MARIN GENERAL HOSPITAL