1 David B. Perry (SBN 255925)
davidbperry@me.com
2 2521 Hunters Meadow Lane
Raleigh, NC 27606
3 Telephone: (415) 717-7163

4 Attorney for Plaintiff
KRISTI PERRY

**IT IS SO ORDERED**
*[signature]*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KRISTI PERRY, | Case No. 3:12-cv-06474-SI |
| Plaintiff, | **STIPULATED DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| NONA CUNNINGHAM, M.D., PRIMA MEDICAL GROUP, INC. MARIN GENERAL HOSPITAL, and DOES 1-20, | |
| Defendants. | |

Plaintiff Kristi Perry and Defendants Nona Cunninham, M.D.; Prima Medical Group, Inc.; and Marin General Hospital hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action in its entirety is hereby dismissed with prejudice; and that each party bears its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

```
 1  DATED: August 12, 2013                    Respectfully Submitted,
 2
                                              By: _____
 3                                                David B. Perry (SBN 255925)
                                                  davidbperry@me.com
 4                                                2521 Hunters Meadow Lane
                                                  Raleigh, NC 27606
 5                                                Telephone: (415) 717-7163
 6
                                              Attorney for Plaintiff
 7                                            KRISTI PERRY
 8
 9
    DATED: August 2, 2013                     GALLOWAY, LUCCHESE, EVERSON &
10                                                PICCHI
11
12
                                              By: _____
13
                                                  Martin J. Everson
14
                                              Attorney for Defendants PRIMA MEDICAL
15                                            GROUP, INC. aND NONA CUNNINGHAM,
                                              M.D.
16
17
18
19  DATED: August 3, 2013                     SHEUERMAN, MARTINI, TABARI, ZENERE
20                                                & GARVIN
21
22
                                              By: _____
23
                                                  Michael J. Garvin
24
                                              Attorney for Defendant MARIN GENERAL
25                                            HOSPITAL
26
27
28
                                              2
             STIPULATED DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)
                                        3:12-cv-06474-SI
```